UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | ) | Case No. 19cr3173 JM |
|---|---|---|
| | ) | |
| | ) | **JUDGMENT AND ORDER OF DISMISSAL OF INDICTMENT** |
| v. | ) | |
| CHARLES LEE MILLER, | ) | |
| Defendant, | ) | |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that the Indictment in the above-entitled case be dismissed without prejudice.

IT IS SO ORDERED.

DATED: August 23, 2021

_____
Jeffrey T. Miller
United States District Judge